IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 7 - 2002

MICHAEL N. MILBY
CLERK

| | |
|---|---|
| JOHN MCNICOL, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Civil Action No. C-01-297 |
| § | |
| § | |
| GOLDEN CORRAL CORPORATION, § | |
| § | |
| Defendant. § | |

### VERDICT FORM

**QUESTION NO. 1:**

What sum of money, if paid now in cash, would fairly and reasonably compensate John McNicol for his injuries, if any, that resulted from the occurrence in question?

Consider the elements of damages listed below and none other. Consider each element separately.

Answer in dollars and cents for damages, if any, that were sustained in the past and that in reasonable probability will be sustained in the future.

50.

**QUESTION NO. 1, countinued:**

Physical pain and suffering,
  disability, and mental and
  emotional anguish              $ 12,638.13/100

Disfigurement                    $ 0

Medical expenses                 $ 5,000

　　　Please sign and date the verdict form.

6-7-02
DATE                         PRESIDING JUROR
                             Fernando Vargas